An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

DEANTHONY BROWN,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

No. 67302

**FILED**

FEB 0 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se appeal. Eighth Judicial District Court, Clark County; Douglas W. Herndon, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, it appears that appellant is attempting to appeal from various pretrial decisions that are only reviewable as interlocutory decisions on direct appeal from a judgment of conviction. *See* NRS 177.045. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.[1]

_____, J.
Saitta

_____ J.
Gibbons

_____, J.
Pickering

_____

[1]Appellant is represented by counsel below. In the future, appellant shall proceed by and through his counsel.

15-04135

cc: Hon. Douglas W. Herndon, District Judge
Nguyen & Lay
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Deanthony Brown

SUPREME COURT
OF
NEVADA

(O) 1947A